UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. MALVO,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES MATTHIS, et al.,<br><br>    Defendants. | Case No. 17-cv-04111-JSW<br><br>**ORDER TO SHOW CAUSE REGARDING SERVICE** |

Plaintiff filed the complaint in this matter on July 20, 2017. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had ninety days in which to serve Defendants. On October 10, 2017, the date by which Plaintiff should have served Defendants, Plaintiff filed a proposed summons. Accordingly, Plaintiff is HEREBY ORDERED to show cause why the Court should not dismiss this case without prejudice. Plaintiff shall file a response to the Order to Show Cause by October 20, 2017. If Plaintiff seeks additional time to serve Defendants, he must show good cause for the failure to serve them within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: October 11, 2017

_____
JEFFREY S. WHITE
United States District Judge