UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. MALVO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SECRETARY OF THE DEPARTMENT OF DEFENSE JAMES N. MATTIS, in his official capacity, DEFENSE CONTRACT MANAGEMENT AGENCY, and JEWEL RICHARDSON,<br><br>　　　　　Defendants. | Case No. 17-cv-04111-JSW<br><br>**ORDER TO SHOW CAUSE AND SETTING DEADLINE TO SUBMIT STIPULATION RE EXTENSION FOR JEWEL RICHARDSON TO RESPOND**<br><br>Re: Dkt. No. 42 |

On July 6, 2018, the parties appeared before the initial case management conference. At that conference the parties agreed on the record to an extension of time to August 6, 2018 for Defendant Jewel Richardson to respond. The parties were to submit a stipulation to the Court. To date, the parties have not submitted that stipulation. The parties shall submit a stipulation and proposed order reflecting the agreement reached in Court on July 6, 2018 by no later than 10:00 a.m. on July 23, 2018.

In addition, Plaintiff agreed that the Defense Contract Management Agency should be dismissed. The deadline to submit a dismissal was July 16, 2018, and Plaintiff has not filed a dismissal. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 for failure to comply with the Court's deadline.

//

//

//

Plaintiff's response to this Order to Show Cause shall be due by July 24, 2018.

**IT IS SO ORDERED.**

Dated: July 17, 2018

_____
JEFFREY S. WHITE
United States District Judge